1  McGREGOR W. SCOTT
   United States Attorney
2  ANNE E. PINGS
   Assistant U.S. Attorneys
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700





IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:06-SW-0259 GGH |
|---|---|---|
| | ) | 2:06-SW-0260 GGH |
| Plaintiff, | ) | 2:06-SW-0261 GGH |
| | ) | 2:06-SW-0262 GGH |
| v. | ) | 2:06-SW-0263 GGH |
| | ) | 2:06-SW-0264 GGH |
| IN RE MATTER OF SEIZURE WARRANTS FOR CERTAIN VEHICLES | ) | 2:06-SW-0265 GGH |
| | ) | [PROPOSED] UNSEALING ORDER |

On September 28, 2006, the Court entered a sealing order on the affidavit and seizure warrants numbered: 2:06-SW-0259-GGH through 2:06-SW-0265-GGH. The United States now requests that the affidavit and seizure warrants listed above be unsealed.

IT IS SO ORDERED.

DATED: 10/13/06

KIMBERLY J. MUELLER
UNITED STATES MAGISTRATE JUDGE